**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1956**

TERRY OF THE FAMILY PARKS,

             Plaintiff - Appellant,

        v.

THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF SOCIAL SERVICES
CHILD SUPPORT ENFORCEMENT SERVICES,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.  (1:16-cv-00568-JCC-TCB)

Submitted:  December 13, 2016       Decided:  December 30, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Parks, Appellant Pro Se.  Nancy J. Crawford, Janice W.
McDaniel, Scott F. Weber, DIVISION OF CHILD SUPPORT ENFORCEMENT,
Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Parks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Parks v. Va. Dep't of Soc. Servs. Div. of Child Support Enf't Servs., No. 1:16-cv-00568-JCC-TCB (E.D. Va. Aug. 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED